NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARBARO TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

**v.**

**NIANTIC, INC.,**
*Defendant-Appellee*

---

2021-1249

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-02955-RS, Judge Richard Seeborg.

---

## JUDGMENT

---

JORDAN A. SIGALE, Dunlap Codding, PC, Chicago, IL, argued for plaintiff-appellant.  Also represented by JULIE LANGDON; DOUGLAS SOROCCO, EVAN W. TALLEY, Oklahoma City, OK.

LUANN LORAINE SIMMONS, O'Melveny & Myers LLP, San Francisco, CA, argued for defendant-appellee.  Also represented by DARIN W. SNYDER, BILL TRAC; BRADLEY GARCIA, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LINN and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 9, 2021                    /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                      Clerk of Court